UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTHA KARR et al.<br><br>　　　　　　Defendants. | CASE NO. C11-5998-RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)　　The Court adopts the Report and Recommendation;

| | |
|---|---|
| 1 | (2) Defendants' motion to dismiss is granted. The action is DISMISSED WITHOUT PREJUDICE. |
| 2 | |
| 3 | DATED this 18th day of May, 2012. |

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge